MR. TRACY GARRETT #26919-018
Name and Prisoner/Booking Number

U.S.P. TUCSON
Place of Confinement

P.O. BOX 24550
Mailing Address

TUCSON AZ 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

MR. TRACY GARRETT
(Full Name of Plaintiff)
                    Plaintiff,

vs.

(1) MRS. M. DEAZ
(Full Name of Defendant)

(2) DR. HAYDEN

(3) DR. MCCOY

(4) WARDEN WINN JR
                    Defendant(s).
☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CIV 12- 890 TUC JGZ
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: FTCA 28 USC 1346(b) 1402(b) 2401(b) 2671-2680

2. Institution/city where violation occurred: TUCSON U.S.P - CITY OF TUCSON

**550/555**

ATTACHMENT 1-A

DEFENDANT 5'

MR. HANSEN

## B. DEFENDANTS

1. Name of first Defendant: MRS. M DEAZ. The first Defendant is employed as: case manager, at tucson u.s.p.
   (Position and Title) (Institution)

2. Name of second Defendant: DR. HAYDEN. The second Defendant is employed as: psychology supervisor at tucson u.s.p.
   (Position and Title) (Institution)

3. Name of third Defendant: DR. MCCOY. The third Defendant is employed as: MEDICAL SUPERVISOR at tucson u.s.p.
   (Position and Title) (Institution)

4. Name of fourth Defendant: W. WINN JR. The fourth Defendant is employed as: WARDEN at tucson u.s.p.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? N/A. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: N/A v. ___
      2. Court and case number: ___
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ___

   b. Second prior lawsuit:
      1. Parties: N/A v. ___
      2. Court and case number: ___
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ___

   c. Third prior lawsuit:
      1. Parties: N/A v. ___
      2. Court and case number: ___
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ___

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

ATTACHMENT 2-A
---

DEFENDANT- MR.HANSEN   EMPLOYED AS UNIT MANAGER AT TUCSON U.S.P

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>8th consitutional amendment-14th amendment-an B.o.P. regualations</u>.

2. **Count I.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   <u>On 7-12-12 at my team review i was treated impartially by case manager deaz. Facts will show on 7-12-12 deaz score my security level at 24, which places me in a penitentary high level of danger when more facts will show i clearly should have been placed at 21 points an a medium prison. Facts will show that i was actively programing the same month i arrived at tucson u.s.p., an deaz perpusely removed my program participation point. Facts will show deaz never removed the 2 points that was suppose to have come off in june perpusely. Facts will show deaz lable me a sex-offender in which i am claiming defumation of character, where facts will show that the p.s.i report clearly states i was acquited of those charges. Facts will show around or about 7-6-12 i was pull into a back office an threaten by deaz an unit manager mr. hansen, for trying to file complaints on the above matters, of deaz incompedence in handling my classification. Facts will show i reported those threats to the warden an also interal affairs.</u>
   
   see 3-a attachment

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>Alot of mental anguish/ mental distress, being treated different (Impartially). clearly living in fear of my life, because deaz an hansen attacks on my centeral file could only lead me to a active u.s.p yard where i would be killed.(deliberate indifference)</u>

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>n/a</u>

3

3-a attachment

Facts will show, that after i reported the threats,an started the administrative remedy process,based on the fact of case manager deaz incompence, concerning labling me a sex offender, an perpusely miss scoring my points,as well as removing my program participation,all was done to get me across the thershold of this sex-offenders u.s.p. Deaz on 8-9-12 changed my points an gave me a "out of know where management verble". This changes was not made at a proper program reveiw an this is what i am pointing to the fact that i was treated impartially on 7-12-12.

On 8-24-12 facts will show deaz filed a false report,that stated i was stalking her.This lie had me lock-up an held under investigation,to only have the D.H.O board throw that incident report out. Facts will show i remained in the shu,begging for protection from deaz an hansen.This was the first form of clear retaliation from deaz.Facts will show that deaz knew of the investigation on her an hansen 9-27-12, that came from the westdern regional office.Facts will show that while i was hiding from deaz an hansen, plus asking for a protection order,deaz on 10-5-12 writes me another shot(incident report),an stated i threaten her,which infact was another lie.(second retaliation). Facts will show unit manager mr.hansen took my inmate male costudy classification form an gave it to the designation and sentence computation center, on 10-31-12 an had them to remove my  high school diploma, in order not to give me my 2-points dedution, for clearly completing the challenge program. All this was done to take the heat off deazs incompedence on 7-12-12 which thats mostly where we are focus, an the fact of retaliation

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>my 8th amendment rights an my 14th amendment, also B.o.P regulations</u>.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>Defamation of charecter / Character assassination</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   <u>Facts will show tucson u.s.p psychology department, placed false information in my inmate skill development review forms on 6-30-12. Facts will show that on 7-5-12 psychology lable me a sex offender and on pages 8 an 9 facts will show Dr. hayden descibe a rape that never happen, also a kidnapping that never happen, an you will se the word preditor several times. Facts will show on 7-18-12 I ask dr. hayden for his help to deal with my crisis of having mental issues an expressing, That the imfomation he put on me is all false an i need his help, beause its hard to communicate with others because of my mental disility. Facts will show Dr. hayden lied in a administrative remedy, an stated i never ask him for help while i was on the yard. Facts will show warden winn agreed with hayden even after seeing this evidence of e-mails. Dr. hayden told me in order to get off the yard i would have to stab or kill a sex-offender. (deliberaate indifference)</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   <u>Alot of mental anguish/ mental distress,, i needed to reajust my meds. I was delayed in recieving treament for voices in my head an not getting proper sleep because of the threats an constant retaliation, along with thoughts of being killed at a u.s.p because of the false info of being a sex offender</u>

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>N/A</u>

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: __8th amendment an__
   __14th amendment pluss B.O.P regulations__ __1st amendment__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☒ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Facts will show on or about august 6 2012 i reported threats were made to me by case manager deaz an unit manager hansen. Facts will show that in september there was indeed a on going investitation on deaz an hansen for those threats. Facts will show warden winn allow hansen to come an make more threats on 9-27-12 where facts will show i reported those threats to internal affairs, also i reported that hansen gave inmates knifes to kill me, an i was being forced out of administrative detention tobe placed in the open so the white inmates who hansen gave the knifes could kill me or hurt me. Facts will show that 8-27-12 warden winn jr knew of the threats an allow hansen to make more threats, an deaz to retaliate with a incident report stating i was threatening her. 10-19-12 deaz was allow to harasses me. Facts will show i ask many times for protection but was never given any.         see attachment 5-A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   mental anguish//mental distress-placing my life in danger, cause me to worry that they were coming in the cell to get me, to an kill me. the loss of all my prison privleges

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

5-B is attach with count 4

ATTACHMENT 5-A

Facts will show that 11-17-12, which was a saturday, case manager deaz came to special housing, where i was located (B-range cell 140) and had my cellmate pulled out an brought to one of the offices in special housing. Facts will show <u>case manager deaz is not Mr. Rico calvin # 18078171 case manager</u>. More facts will show <u>deaz ask mr. calvin to kill me.</u> Facts will show mr. calvin reported what happen to warden winn, an regional director, plus inspector general. Facts will show i also reported what happen to the above authoritys. Lets remeber deaz was under investigation for threats. (deliberate indefference)

<u>5-B attachment count 4</u>

1. what constitutional or other federal right that was violated <u>8th amendment an 14th amendment plus  B.O.P regulation</u>

2. Identify the issue involved <u>  Medical care in a timely manner</u>

3. Supporting facts

<u>     On or about August 27, 2012 I was located in special</u> <u>housing an put in a sick call slip, requesting tobe seen</u> <u>because i had a infection in my right leg. Facts will show</u> <u>that i suffer from peripheral artery disease. Facts will</u> <u>show i was left to suffer for over 45days with infections</u> <u>an was seen october 10 2012, an was given cephalexin to</u> <u>fight the bad infection that was left untreated. Facts  will</u> <u>that the prolong untreated infection caused some type of</u> <u>inlarge blood vein in my upper right thigh, where more facts</u> <u>will show that, the doctor put me in to see a specialist</u> <u>(This is clearly constituted delibrate indifference of</u> <u> serious medical needs.)</u>

4. Injury

<u>   Mental anguish- being deliberately indifferent to my</u> <u>medical needs for prompty medical treament/cause physical</u> <u>injury pluss pain to my upper right thigh, along with over</u> <u>welming discoloration to my hole right leg.</u>

5. administrative remedies-  yes i file an appeal

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1. Declaratory judgement that defendants voilated my rights, under the constitution and federal regualation. 2. Trial by jury on the facts, mostly concerning the threats an plots to kill me, in hopes of bring criminal charges on hansen an deaz. 3. Judgement for the cost and fees of this action. 4. compensatory damages for one hunderd thousand dollars (100.000.00) from each name defendant in officicial, and individual, capacities; 5. Punitive demages from each defendant for the sum of 100.000.00 offical, an individual capacities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-26-12
DATE

_Tracy Garrett_
SIGNATURE OF PLAINTIFF

___N/A___
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)


___N/A___
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

I would like to add the fact that at this present time i am facing alot of retaliation,an live in fear for my life. When this court serves the name defendant i will be under attack because of this filed complaint.I ask that this court notify internal affairs of B.O.P,an ask them to make sure nothing happens to me,an i be allowed to prepare my supporting affidavit,that will be needed to support this claim,that is before this court. Futher i ask for your sympathy for any mistakes in this motion,an can only blaim my mental disilbity that the above staff members have tottally taken advantage of. As the instrution of this complaint reads, upone me recieving the defendants response i will then give my opposing motion,an it will contain my exhibits of support.

Thank you

MR TRACY GARRETT
#26919-018
U.S.P- TUCSON
P.O.BOX 24550
TUCSON AZ 85734

*Tracy Garrett* (signature)

PS
ALL DEFENDANTS CAN BE REACHED DOING WORKING HOURS

ADDRESS: TUCSON USP
9300 south wilmot rd
tucson az 85706