**TRACY GARRETT# 26919-018**
Name and Prisoner/Booking Number

**F.C.I- PHEONIX**
Place of Confinement

**37910 N 45th ave**
Mailing Address

**PHEONIX, ARIZONA 85086**
City, State, Zip Code

```
_____ FILED    _____ LODGED
_____ RECEIVED _____ COPY

         MAR 15 2013

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**MR. TRACY GARRETT**,
(Full Name of Plaintiff)          Plaintiff,

vs.

**(1) MRS. DIAZ**,
(Full Name of Defendant)

**(2) DR. HAYDEN**,

**(3) MR. HANSEN**,

**(4) L.T. WHO ASSUALTED ME 12-30-12**,
                    Defendant(s).

[x] Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CIV-890-TUC-JGZ(PSOT)**
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☒ Other: **FTCA 28usc 1346(b), 1402(b), 2401(b) 2671-2680**.

2. Institution/city where violation occurred: **TUCSON USP - CITY OF TUCSON**.

Revised 3/9/07                                1                                **550/555**

**DEFENDANT (5)**

TUCSON MEDICAL ADMINISTRATOR

**DEFENDANT (6)**

THE HOSPITAL I WAS TAKIN TO 12-30-12
   (that doctor-female)

**DEFENDANT (7)**

WARDEN WINN JR

## B. DEFENDANTS

1. Name of first Defendant: __MRS. M DIAZ__. The first Defendant is employed as: __CASE MANAGER__ at __TUCSON U.S.P__.
   (Position and Title)           (Institution)

2. Name of second Defendant: __DR. MR. HAYDEN__. The second Defendant is employed as: __PSYCHOLOGY SUPERVISOR__ at __TUCSON U.S.P__.
   (Position and Title)           (Institution)

3. Name of third Defendant: __MR. HANSEN__. The third Defendant is employed as: __UNIT MANAGER__ at __TUCSON U.S.P__.
   (Position and Title)           (Institution)

4. Name of fourth Defendant: __L.T. WHO ASSUALTED ME 12-30-12__. The fourth Defendant is employed as: __a L.T. (STAFF)__ at __TUCSON U.S.P__.
   (Position and Title)           (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☒ No

2. If yes, how many lawsuits have you filed? __n/a__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __n/a__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: __n/a__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: __n/a__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

ATTACHMENT 2-A

5  DEFENDANT- TUCSON MEDICAL ADMINISTRATOR        EMPLOYED AT TUCSON U.S.P

6 DEFENDANT -THE HOSPITAL I WAS TAKIN TO         EMPLOYED AT TUCSON U.S.P.
                                                 somewhere close to the prison
                                                 this is where they send us.
7 DEFENDANT - WARDEN WINN JR                     EMPLOYED AT TUCSON U.S.P

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>1st amendment-8th amendment an 14th amendment - an B.O.P regualations</u>.

2. **Count I**. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   <u>On 7-12-12 at my inmate team review i was treated impartially by case manager M.diaz. Facts will show on 7-12-12 diaz scored my security level at 24 points, which places me in a penitentary high level of danger, more facts will show i clearly should have been placed at 21 points an a medium prison. Facts will show that i was actively programing the same month i arrived at tucson u.s.p., diaz perpusely remove my program participation point. Fact will show diaz never removed the 2points that was suppose to have come off in june perpusely. Facts will show diaz lable me a sex -offender in which i am sueing her as well as Dr.hayden for dufamatiom of character, where facts will show that the p.s.i clearly states i was acquited of that conduct an charges. Facts will show around or about 7-6-12 i was pull into a back office an threaten by diaz an unit manager Mr.hansen,for trying to file complaints on the above matters, of diaz being incompedent in handling my classification. facts will show i reported those threats to the warden the regional, an central office, an there was a on going investigation on diaz an unit manager mr. hansen.Facts will show after i reprted the threats, in the administrative remedy process, based on the facts of showwing diaz incompedence,plus the fact of her labling me a sex-offender, on 8-9-12 diaz changes my points to 22, which shows i was right about being treated impartially at my review 7-12-12</u>.
   <u>see 3-A attachment</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>Alot of mental anguish// Mental distress, being treated different(impartially). Living in fear of my life,because she plotted to kill me an she attack my central files an layed a path for more harm to happen to me.</u>

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>also filed  tort claim#TRT-WXR-2013-01461</u>

3

ATTACHMENT 3-A

      On 8-24-12 Fact will show diaz first retaliation, by filing a false incident report of me stalking her. this lie had me lock up an under investigation for over 45days, to only have the D.H.O board throw that whole incident report out.Facts will show i remained in shu begging for protection because diaz an unit manager mr hansen was still making contact doing the threat investigation. Facts will show while still hiding from them, diaz is allow to give me another incident that stated i threaten her.(Second retaliation). On 11-17-12 a saturday, diaz came to special housing, where i was located(B-range cell 140) and had my cellmate pulled out an brought to one of the offices in special housing. an facts will show diaz ask MR. Rico calvin # 18078171 to kill me. Facts will show we both reported her actions on administrative remedys. Facts will also show case manager diaz is not MR.calvins case manager. Fact will show after i was assualted on 12-30-12, an transfered to f.c.i pheonix here again diaz place a false incident report in my files an up my points, when infact i never received any incident report.(wittness f.c.i. unit manager mrs phillips).

  !. I was doing something i had a right todo.
  2.diaz did adverse action were so bad(plot to kill)that the average inmate would have stop there complaint, out of fear.
  3. diaz did what she did, because of what i was doing(causal connection)

## COUNT II

1. State the constitutional or other federal civil right that was violated: __8th amendment, 14th amendment ,also B.O.P. REGULATIONS__.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __DEFAMATION OF CHARACTER / CHARACTER ASSASINATION__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Facts will show tucson u.s.p. psychology department, placed false information in my inmate skill develoment review forms on 6-30-12. Fact will show that on 7-5-12 psychology lable me a sex-offender an so did my case manager m.diaz in my transfer orders. On pages 8 an 9 we will read DR. hayden descibe a rape an kidnapping that never happen, and we will see the word preditor several times. Facts will show on a e-mail to hayden i am asking him to help me 7-18-12. We will see i am clearly asking to come in his office an i am asking him to help me with my mental health issues, an expressing, that the infomation he put in my files is tollaly false, an i need his help to help me talk to my unit team because of my problem of communicating with others because of my mental disilbity. Facts will show Dr.hayden lied in a administrative remedy, an stated " i never ask him for help while i was on the yard (deliberate indifference to my mental health needs)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Alot of mental anguish// mental distress, i need to reajust my meds. I was delayed in receiving treament for the voices in my head, i was not sleeping because of the threats an plotts to have me killed. Constant thoughts of being killed in a active yard because of him an case manager diaz labling me a sex-ofender

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __n/a__

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>8th amendment an 14th amendment plus B.O.P. regulation ,plus 1st amendment</u>.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☒ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Facts will show on or about august 6, 2012 i reported threats were made to me by unit manager mr.hansen an case manager diaz. fact will show there was a on going investigation on going in september,october, november, an december, on this first set of threats.(there should not be any contact made from these two) On september 26,2012 mr, hansen came to where i was having rec in the shu, an threaten me again, an clearly told me, "i will not get pass him, an fuck that protection order i am asking for." he further stated "we" are going to get your ass".Facts will show i report this to the warden on administrative remedys, also i report this to regional an central office. Also on 10-3-12 i had my then counselor Mrs brown send a memo to the warden, expressing i am in fear of my life, an unit manager hansen gave knifes to inmates to kill me when they force me back to the yard.Facts will show i repoted this in administrative remedy. Facts will also show warden winn jr. is awhere of this contact an is allowing it to happen.

   COUNT 4 is attached

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   mental anguish// mental distress//living in fear, that they where coming in the cell to get me an kill me.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. It got to the point i wrote a letter stressing to the warden,tucson administrative remedy system dose not work, mr. hansen is destorying staff complaints,that are on him an case manager diaz

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## COUNT 4

1. I am stating my 8th amendment an 14th amendment, plus B.O.P. regulations an procedures where violated

2. **EXCESSIVE FORCE BY AN OFFICER**

3. **SUPPORTING FACTS:** facts will show that december 12,2012 at or about 5:30 a.m. i was asleep in shu, in cell B-140L,an waken by a L.T. an 3 c/o's. I was order to cuffup, an i complyed. I was placed in 2sets of what is call quickcuffs, an the handcuffs where placed behind my back, an doulbe locked, to insure i could not move my hands or arms .Video will show me backing out the cell, also i am a 3 man xcort. This means that every time i am takin out of the cell, there will always be a L.T. an 3c/o's to make sure i am secure in a cell. On this video we will see the L.T. tell 2 C/o's to fall back, in order to get me alone. This L.T. i have never met, is pushing me into the shu L.T. office. HE startes saying things about the captain, an the other L.T.s who work the shu. It is very important to pay attention to my shoes when i was being taken to his office, an notices i am walking on the back of them like flip flops.This L.T. while we were in his office took off both sets of handcuffs, an was still in a rage, an order me to fix my shoes,as i slip on the last one he was right infornt of me, an he stated "YOU KNOW WHATS UP" an punched me in my face, we were fighting, an i substain broken ribs an head injurys. Facts will show this L.T. is responsible. (notices when they drag me out my shoes are on my feet-how?)

4. **INJURYS:** broken ribs, an head injurys, also mental anguish// mental distress.His actions have cause me tobe under attack by other b.o.p. staff, an me to live in isolation as to show my punishment for allowing the assualt to happen to me.Also premnit scaring in my face/wrist

5. **ADMINISTRATIVE REMEDIES:** yes i did in fact file an also filed a appeal,also  filed tort claim#TRT-WXR-2013-02251

## COUNT 5 is attached

5-B                                            COUNT 5

1. I am stating my 8th amenment an 14th amenment, where infact violated

2. MEDICAL CARE

3. SUPPORTING FACTS: Tucson usp medical administrator an the hospital i was taken to after i was assualted, both where "DELIBERATE INDIFFERENCE" TO MY MEDICAL CARE . I was told by a tucson medical staff, that i was going to the hospital to have x-rays of my ribs an a cat scan of my head injurys. This hospital never took a cat scan an they told me my ribs where brused. Facts will show i was taken from the hospital to f.c.i. pheonix, where i complain that something was moving around inside my left rib cage an i was in severe pain. Pheonix medical staff went with what tucson told them, that my ribs where brused. For over 30days i complain,an finally a pheonix doctor had me do x-rays an my ribs where infact broken. Tucson never disclose that medical report or the hospitals name or the name of that doctor i am sueing in this action. These 2 knew about my medical needs, but fail to resond,to pheonix f.c.i. concerns on that hospitals doctor findings to my injurys.

4. INJURYS : LIVING in pain with broken ribs an now i see things in my vission, an have migrain headachs,permitt scares an brusing on my face an wrist. mental anguish//mental distress.

5. ADMINISTRATIVE REMEDIES: yes i filed the request an appeal, also tort claim.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
1. Declaratory judgement that defendants voilated my rights, under the constitution and federal regulations. 2. trial by jury on the facts, mostly concerning the threats an plotts to have me killed, to a actual attemp. Hoping to bring criminal charges on hansen an the L.T plus case manager m. diazz. 3. judgement for the cost and fees of this action. 4. compensatory damages for one hunderd thousand dollars (100,000.00) from each name defendant in official, and individual capacities. 5. Punitive damages from each defendant for the sum of 100,000.00 official, an individual capacities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **MARCH 11, 2013**
　　　　　　　　DATE

_____
SIGNATURE OF PLAINTIFF

_____**n/a**_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____**n/a**_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARZONA

TRACY GARRETT

VS

MRS. DIAZ, et al.,

CASE# civ-890-tuc-jgz(psot)

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 usc § 1915(e)(1) plaintiff move for an order appointing cousel to represent him in this case. In support of this motion plaintiff state:

1. Plaintiff is unable to afford counsel. He has requested leave to preceed in forma pauperis, an this court grant

2. Plaintiff imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and very limited knowledge of the law

3. A trial in this case will likely involve conflicting testimony, and cousel would better enable plaintiff to present evidence and cross examine witness.

I plead with this court to understand what is happening to me, as far as me being kept in isolation cells an being transfered all over the united states to stop this cause. It has come to the point there going to seprate me from my evidence an legal matierals. With counsel help in locating this hospital an the names, an getting wittness that are here in arzona, this would help bring to the court abuse of government power.

THANK YOU, MAY GOD BLESS YOU

MARCH 11 2013
_____
DATE

TRACY GARRETT
F.C.I.-PHEONIX
37910 N, 45th ave
pheonix arzona 85086

*Tracy Garrett* (signature)