JOHN S. LEONARDO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: denise.faulk@usdoj.gov
Attorneys for Defendants Bebee,
Diaz, Hansen and Winn

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tracy Garrett,<br><br>           Plaintiff,<br><br>     v.<br><br>M. Diaz, et al.,<br><br>           Defendants. | 4:12-CV-00890-TUC-JGZ<br><br>**DEFENDANT BEBEE'S ANSWER** |

Defendant James Bebee, by and through the undersigned Assistant United States Attorney, for his Answer to Plaintiff's Second Amended Complaint ("Complaint"), hereby admits, denies, and alleges as follows:

A.   JURISDICTION

1.   Defendant admits jurisdiction is proper for the actions brought pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

2.   Defendant denies the allegations in Paragraph 2 of Plaintiff's Complaint.

3.   Defendant admits that venue is proper as to Defendant.

B.   DEFENDANTS

4.   Defendant admits that he was a Lieutenant for the Federal Bureau of Prisons, Federal Correctional Complex Tucson, when the alleged events occurred.

5. Paragraphs 1, 2, 3, 5 and 6 of Section B of Plaintiff's Complaint do not pertain to Defendant, and therefore no answer is required.

C. PREVIOUS LAWSUITS

6. As to the allegations of Section C of Plaintiff's Complaint, Defendant is without information or knowledge to form a belief and therefore denies the same.

D. CAUSE OF ACTION

COUNT I

7. As to the allegations in Count I of Plaintiff's Complaint, the allegations do not pertain to Defendant, and therefore no answer is required.  If an answer were required, the Defendant is without information or knowledge to form a belief and therefore denies the same.

COUNT II

8. As to the allegations in Count II of Plaintiff's Complaint, the allegations do not pertain to Defendant, and therefore no answer is required.  If an answer were required, the Defendant is without information or knowledge to form a belief and therefore denies the same.

COUNT III

9. Defendant denies the allegations in Paragraph 1 of Count III of Section D of Plaintiff's Complaint.

10. Defendant denies the allegations in Paragraph 2 of Count III of Section D of Plaintiff's Complaint.

11. Defendant denies the allegations in Paragraph 3 of Count III of Section D of Plaintiff's Complaint.

12. Defendant denies the allegations in Paragraph 4 of Count III of Section D of Plaintiff's Complaint.

13. As to the allegations in Paragraph 5 of Count III of Section D of Plaintiff's Complaint, Defendant is without information or knowledge to form a belief and therefore denies the same.

COUNT 4

14. As to the allegations in Count 4 of Plaintiff's Complaint, the allegations do not pertain to Defendant, and therefore no answer is required. If an answer were required, the Defendant is without information or knowledge to form a belief and therefore denies the same.

15. Defendant denies all allegations not specifically admitted herein.

AFFIRMATIVE DEFENSES

1. Insufficient service of process.

2. Lack of subject-matter jurisdiction.

3. The Complaint fails to state a claim upon which relief can be granted.

4. Defendant is entitled to qualified immunity as to any *Bivens* claims asserted against him.

5. No acts or omissions by the Defendant or the United States were foreseeable or the proximate cause of, or substantially contributed to, any injury or damage allegedly sustained by Plaintiff.

6. The injuries and/or damages alleged in the Complaint were not proximately caused by a negligent or wrongful act or omission of the Defendant acting individually or as an employee of the United States acting within the scope of his employment.

7. Defendant reserves the right to assert any other affirmative defenses that become apparent during the course of litigation.

RESPECTFULLY SUBMITTED: October 9, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and mailed a copy of the following to:

Tracy Garrett
Fed. Reg. No. #26919-018
USP Lakewood Station
PO Box 150160
Atlanta, GA 30315
Prisoner Pro Se

s/ *Lisa Startup*
/ Answer - Bebee